IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

15-11207

In Re:                                          :    Bankruptcy No.
   **Elizabeth McMahan**                       :
                                                :    Chapter **7**
                                                :
                                       Debtor   :
                                                :
   **Elizabeth McMahan**                       :
Movant                                          :    Related to Document No. 1
                                                :
                                                :
                                                :
                             v.                 :
                                                :
No Respondent                                   :

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, __ **Tina M Fryling, Esq.** __, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Tina M Fryling, Esq.**
_____
 Signature
**Tina M Fryling, Esq.**
_____
Typed Name
**PO Box 1084**
**Erie, PA 16512-1084**
_____
Address
**814 739 2080 Fax:814 474 4680**
_____
Phone No.

_____
List Bar I.D. and State of Admission

15-11207

Ally
PO Box 380902
Minneapolis, MN 55438-0902

American Express


Barclay


Capital One


Discover


Erie Federal Credit Union
1959 East 36th Street
Erie, PA 16510-2263

First Niagara Bank
PO Box 28
Buffalo, NY 14240-0028

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JC Penney/Synchrony Bank
P O Box 960090
Orlando, FL 32826-0090

John McMahan
1505 Wintergreen Lane
Fairview, PA 16415


Old Navy


PayPal Credit SVCS/SYNCB
P O Box 960080
Orlando, FL 32896-0080