**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
1-888-474-6365

| Pay Group: | (NB PA) |
|---|---|
| Pay Begin Date: | 10/24/2015 |
| Pay End Date: | 11/06/2015 |

| Business Unit: | STRBU |
|---|---|
| Advice #: | 000000064039014 |
| Advice Date: | 11/13/2015 |

Liz Maley McMahan
1505 Wintergreen Lane
FAIRVIEW, PA 16415

| Employee ID: | 002008473 |
|---|---|
| Department: | 0703-Head Cashiers |
| Location: | 1654 - W. Erie, PA |
| Job Title: | Head Cashier |
| Pay Rate: | $12.650000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 12.650000 | 74.47 | 942.05 | 1,079.16 | 12,544.61 |
| Overtime Hours | | | 0.00 | 0.52 | 3.29 |
| Service & Sales Incentive | | | 0.00 | | 40.84 |
| **TOTAL:** | | **74.47** | **942.05** | **1,079.68** | **12,588.74** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 61.13 | 645.20 |
| Fed MED/EE | 13.66 | 182.54 |
| Fed OASDI/EE | 58.41 | 780.50 |
| PA Unempl EE | 0.66 | 8.81 |
| PA Withholdng | 28.92 | 386.49 |
| PA MILLCREEK LS Tax | 2.00 | 36.00 |
| PA MILLCREEK TWP Withholdng | 9.42 | 125.91 |
| **TOTAL:** | **174.20** | **2,165.45** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 0.00 | 240.73 |
| **TOTAL:** | **0.00** | **240.73** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 0.00 | 170.53 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 942.05 | 942.05 | 174.20 | 0.00 | 767.85 |
| YTD | 12,588.74 | 12,348.01 | 2,165.45 | 240.73 | 10,182.56 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000064039014 | Checking | *******8901 | 767.85 |
| **TOTAL:** | | | **767.85** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2015 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
1-888-474-6365

| Pay Group: | NE-PA |
|---|---|
| Pay Begin Date: | 10/10/2015 |
| Pay End Date: | 10/23/2015 |

| Business Unit: | STRBU |
|---|---|
| Advice #: | 000000063777581 |
| Advice Date: | 10/30/2015 |

Liz Maley McMahan
1505 Wintergreen Lane
FAIRVIEW, PA 16415

| Employee ID: | 002008473 |
|---|---|
| Department: | 0703-Head Cashiers |
| Location: | 1654 - W. Erie, PA |
| Job Title: | Head Cashier |
| Pay Rate: | $12.650000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 12.650000 | 78.67 | 995.18 | 1,004.69 | 11,602.56 |
| Overtime Hours | | | 0.00 | 0.52 | 3.29 |
| Service & Sales Incentive | | | 0.00 | | 40.84 |
| **TOTAL:** | | **78.67** | **995.18** | **1,005.21** | **11,646.69** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 66.44 | 584.07 |
| Fed MED/EE | 14.43 | 168.88 |
| Fed OASDI/EE | 61.70 | 722.09 |
| PA Unempl EE | 0.69 | 8.15 |
| PA Withholdng | 30.55 | 357.57 |
| PA MILLCREEK LS Tax | 2.00 | 34.00 |
| PA MILLCREEK TWP Withholdng | 9.95 | 116.49 |
| **TOTAL:** | **185.76** | **1,991.25** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 0.00 | 240.73 |
| **TOTAL:** | **0.00** | **240.73** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 0.00 | 170.53 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 995.18 | 995.18 | 185.76 | 0.00 | 809.42 |
| YTD | 11,646.69 | 11,405.96 | 1,991.25 | 240.73 | 9,414.71 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000063777581 | Checking | *******8901 | 809.42 |
| **TOTAL:** | | | **809.42** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2015 Fed W4

**Lowe's Home Centers, LLC**
1605 Curtis Bridge Road
1-888-474-6365

| Pay Group: | IHF-PA |
|---|---|
| Pay Begin Date: | 09/26/2015 |
| Pay End Date: | 10/09/2015 |

| Business Unit: | STRBU |
|---|---|
| Advice #: | 000000063538449 |
| Advice Date: | 10/16/2015 |

Liz Maley McMahan
1505 Wintergreen Lane
FAIRVIEW, PA  16415

| Employee ID: | 002008473 |
|---|---|
| Department: | 0703-Head Cashiers |
| Location: | 1654 - W. Erie, PA |
| Job Title: | Head Cashier |
| Pay Rate: | $12.650000 Hourly |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | |
| Allowances: | 0 | 0 |
| Addl. Percent: | | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Hours | 12.650000 | 79.25 | 1,002.51 | 926.02 | 10,607.38 |
| Overtime Hours | | | 0.00 | 0.52 | 3.29 |
| Service & Sales Incentive | | | 0.00 | | 40.84 |
| **TOTAL:** | | **79.25** | **1,002.51** | **926.54** | **10,651.51** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 61.16 | 517.63 |
| Fed MED/EE | 14.54 | 154.45 |
| Fed OASDI/EE | 62.15 | 660.39 |
| PA Unempl EE | 0.71 | 7.46 |
| PA Withholdng | 30.78 | 327.02 |
| PA MILLCREEK LS Tax | 2.00 | 32.00 |
| PA MILLCREEK TWP Withholdng | 10.03 | 106.54 |
| **TOTAL:** | **181.37** | **1,805.49** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 60.15 | 240.73 |
| **TOTAL:** | **60.15** | **240.73** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | **0.00** | **0.00** |

## EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 42.62 | 170.53 |

*TAXABLE

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,002.51 | 942.36 | 181.37 | 60.15 | 760.99 |
| YTD | 10,651.51 | 10,410.78 | 1,805.49 | 240.73 | 8,605.29 |

## NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000063538449 | Checking | *******8901 | 760.99 |
| **TOTAL:** | | | **760.99** |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2015 Fed W4

| Lowe's Home Centers, LLC | | | | | | |
|---|---|---|---|---|---|---|
| 1605 Curtis Bridge Road | Pay Group: | LHF-PA | | | Business Unit: | TRBU |
| 1-888-474-6365 | Pay Begin Date: | 09/12/2015 | | | Advice #: | 000000063302783 |
| | Pay End Date: | 09/25/2015 | | | Advice Date: | 10/02/2015 |

| Liz Maley McMahan | Employee ID: | 002008473 | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| 1505 Wintergreen Lane | Department: | 0703-Head Cashiers | Marital Status: | Married | |
| FAIRVIEW, PA 16415 | Location: | 1654 - W. Erie, PA | Allowances: | 0 | 0 |
| | Job Title: | Head Cashier | Addl. Percent: | | |
| | Pay Rate: | $12.650000 Hourly | Addl. Amount: | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Hours | 12.650000 | 79.44 | 1,004.92 | 846.77 | 9,604.87 | Fed Withholdng | 61.39 | 456.47 |
| Overtime Hours | | | 0.00 | 0.52 | 3.29 | Fed MED/EE | 14.57 | 139.91 |
| Service & Sales Incentive | | | 0.00 | | 40.84 | Fed OASDI/EE | 62.31 | 598.24 |
| | | | | | | PA Unempl EE | 0.70 | 6.75 |
| | | | | | | PA Withholdng | 30.85 | 296.24 |
| | | | | | | PA MILLCREEK LS Tax | 2.00 | 30.00 |
| | | | | | | PA MILLCREEK TWP Withholdng | 10.05 | 96.51 |
| TOTAL: | | 79.44 | 1,004.92 | 847.29 | 9,649.00 | TOTAL: | 181.87 | 1,624.12 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| 401(k) Savings Plan | 60.30 | 180.58 | | | | 401(k) Savings Plan | 42.71 | 127.91 |
| TOTAL: | 60.30 | 180.58 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,004.92 | 944.62 | 181.87 | 60.30 | 762.75 |
| YTD | 9,649.00 | 9,468.42 | 1,624.12 | 180.58 | 7,844.30 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000063302783 | Checking | *******8901 | 762.75 |
| TOTAL: | | | 762.75 |

MESSAGE: Employees who have a filing status or withholding allowance change need to submit a new 2015 Fed W4

| Lowe's Home Centers, LLC | Pay Group: | LHE-PA | Business Unit: | STRBU |
|---|---|---|---|---|
| 1605 Curtis Bridge Road | Pay Begin Date: | 08/29/2015 | Advice #: | 000000063050627 |
| 1-888-474-6365 | Pay End Date: | 09/11/2015 | Advice Date: | 09/18/2015 |

| | | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|---|
| Liz Maley McMahan | Employee ID: | 002008473 | Marital Status: | Married | |
| 1505 Wintergreen Lane | Department: | 0703-Head Cashiers | Allowances: | 0 | 0 |
| FAIRVIEW, PA 16415 | Location: | 1654 - W. Erie, PA | Addl. Percent: | | |
| | Job Title: | Head Cashier | Addl. Amount: | | |
| | Pay Rate: | $12.650000 Hourly | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Hours | 12.650000 | 78.65 | 994.92 | 767.33 | 8,599.95 |
| Overtime Hours | | | 0.00 | 0.52 | 3.29 |
| Service & Sales Incentive | | | 0.00 | | 40.84 |
| TOTAL: | | 78.65 | 994.92 | 767.85 | 8,644.08 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 60.45 | 395.08 |
| Fed MED/EE | 14.43 | 125.34 |
| Fed OASDI/EE | 61.68 | 535.93 |
| PA Unempl EE | 0.70 | 6.05 |
| PA Withholdng | 30.54 | 265.39 |
| PA MILLCREEK LS Tax | 2.00 | 28.00 |
| PA MILLCREEK TWP Withholdng | 9.95 | 86.46 |
| TOTAL: | 179.75 | 1,442.25 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 59.70 | 120.28 |
| TOTAL: | 59.70 | 120.28 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| TOTAL: | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| 401(k) Savings Plan | 42.29 | 85.20 |
| *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 994.92 | 935.22 | 179.75 | 59.70 | 755.47 |
| YTD | 8,644.08 | 8,523.80 | 1,442.25 | 120.28 | 7,081.55 |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #000000063050627 | Checking | ******8901 | 755.47 |
| TOTAL: | | | 755.47 |

**MESSAGE:** Employees who have a filing status or withholding allowance change need to submit a new 2015 Fed W4